UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ELI LILLY & CO.                    ORDER OF STAY

)
)
)
)
)
)
)
)
)
)
)

All actions before the Honorable Samuel Conti which have Eli Lilly & Co. as a named defendant are hereby STAYED pending notification by the MDL Panel regarding transfer of these actions.

IT IS SO ORDERED.

Dated: June 13, 2006

_____
UNITED STATES DISTRICT JUDGE